No. 25-10692-G

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Ann Johnson, as the representative of a class of similarly situated persons, and on behalf of the Royal Caribbean Cruises Ltd. Retirement Savings Plan,

*Plaintiff-Appellant*,

v.

Russell Investments Trust Company (F/K/A Russell Trust Company), Royal Caribbean Cruises Ltd. and the Royal Caribbean Cruises Ltd. Investment Committee,

*Defendants-Appellees*.

On Appeal from the United States District Court for the Southern District of Florida
No. 1:22-CV-21735-RNS

**APPELLEES ROYAL CARIBBEAN CRUISES LTD. AND ROYAL CARIBBEAN CRUISES LTD. INVESTMENT COMMITTEE'S UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

Lars C. Golumbic
William J. Delany
Samuel I. Levin
Larry M. Blocho Jr.
Richard A. Smith, Jr.
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
(202) 861-6615

*Attorneys for Defendants-Appellees Royal Caribbean Cruises Ltd. and the Royal Caribbean Cruises Ltd. Investment Committee*

No. 25-10692
Ann Johnson vs. Russell Investments Trust Company, et al.

CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, the undersigned counsel of record for Appellees Royal Caribbean Cruises Ltd. and the Royal Caribbean Cruises Ltd. Investment Committee certifies that the following listed persons and entities have an interest in the outcome of this case.

1. Aberg, Peter

2. Ackerman, David P., Counsel for Appellee Russell Investments Trust Company

3. Akerman LLP, Counsel for Appellee Russell Investments Trust Company

4. Bauer, Benjamin J., Counsel for Appellant

5. Berlinski, Milton

6. Blocho Jr., Larry M., Counsel for Appellees Royal Caribbean Cruises Ltd. and Royal Caribbean Cruises Ltd. Investment Committee

7. Chulack, Alexander

8. Delaney, William J., Counsel for Appellees Royal Caribbean Cruises Ltd. and Royal Caribbean Cruises Ltd. Investment Committee

9. DeMaio, David M., Counsel for Appellees Royal Caribbean Cruises Ltd. and Royal Caribbean Cruises Ltd. Investment Committee

10. Golumbic, Lars J., Counsel for Appellees Royal Caribbean Cruises Ltd. and Royal Caribbean Cruises Ltd. Investment Committee

11. Smith Jr., Richard A., Counsel for Appellees Royal Caribbean Cruises Ltd. and Royal Caribbean Cruises Ltd. Investment Committee

12. Groom Law Group, Chartered, Counsel for Appellees Royal Caribbean Cruises Ltd. and Royal Caribbean Cruises Ltd. Investment Committee

13. Hamilton Lane Advisors, L.L.C.

14. Hamilton Lane, Inc.

15. Hill, Brandon J., Counsel for Appellant

16. Hora, Robert C., Counsel for Appellee Russell Investments Trust Company

17. Johnson, Ann, Appellant

18. Levin, Samuel I., Counsel for Appellees Royal Caribbean Cruises Ltd. and Royal Caribbean Cruises Ltd. Investment Committee

19. Lukas, Paul, Counsel for Appellant

20. Milbank, LLP, Counsel for Appellee Russell Investments Trust Company

21. Murphy, Sean M., Counsel for Appellee Russell Investments Trust Company

22. Nichols Kaster, PLLP, Counsel for Appellant

23. Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Counsel for Appellees Royal Caribbean Cruises Ltd. and Royal Caribbean Cruises Ltd. Investment Committee

24. Paz, Alejandro J., Counsel for Appellee Russell Investments Trust Company

25. Reverence Capital Partners, L.P.

26. Royal Caribbean Cruises Ltd. ("RCL"), Appellee

27. Royal Caribbean Cruises Ltd. Investment Committee, Appellee

28. Russell Investments Group, Ltd.

29. Russell Investments Trust Company, Appellee

30. The Honorable Robert N. Scola, Jr., U.S. District Court Judge

31. Specht, Brock J., Counsel for Appellant

32. TA Associates Cayman, Ltd.

33. TA Associates Management, L.P.

34. Wenzel, Fenton, Cabassa, P.A., Counsel for Appellant

Pursuant to 11th Circuit Rule 26-1 and 31-2, and Federal Rule of Appellate Procedure 26(b), Appellees Royal Caribbean Cruises Ltd. and the Royal Caribbean Cruises Ltd. Investment Committee (collectively, the "Royal Caribbean Appellees"), by and through undersigned counsel, respectfully request that the Court extend all briefing and appendix deadlines by thirty (30) days. In support thereof, the Royal Caribbean Appellees state as follows:

1. On March 4, 2025, Appellant Ann Johnson ("Appellant") noticed an appeal of the district court's entry of final judgment and its order granting the Royal Caribbean Appellees' and Appellee Russell Investment Trust Company's ("Russell") respective motions for summary judgment. Dkt. 1-2.

2. On March 18, 2025, the Court issued a briefing notice (Dkt. 23) that set the following briefing and appendix deadlines:

    a. Appellant's opening brief due by: April 14, 2025;

    b. Appendix due by: April 21, 2025;

    c. The Royal Caribbean Appellees' and Russell's response briefs due by: May 14, 2025; and

    d. Appellant's reply brief (if any) due by: June 4, 2025.

3. Counsel for the Royal Caribbean Appellees are attached for trial in another matter beginning on May 5, 2025, with an undetermined end date. Accordingly, the Royal Caribbean Appellees respectfully request that the Court extend all briefing and appendix deadlines by thirty (30) days in order to afford

1

counsel for the Royal Caribbean Appellees sufficient time to consider and fully respond to the arguments raised in Appellant's opening brief while maintaining the same timing between the parties' briefs.

4. A thirty-day extension to the schedule would modify the briefing and appendix deadlines as follows:

    a. Appellant's opening brief due by: May 14, 2025;

    b. Appendix due by: May 21, 2025;

    c. The Royal Caribbean Appellees' and Russell's response briefs due by: June 13, 2025; and

    d. Appellant's reply brief (if any) due by: July 7, 2025.

5. Counsel for the Royal Caribbean Appellees consulted with counsel for Appellant and counsel for Russell regarding the relief sought by this motion on March 21, 2025. Counsel for Appellant and counsel for Russell each indicated that they do not object to the relief sought by this motion.

6. This motion is made in good faith and not for the purpose of delay. This is the first request for an extension of time in this appeal.

WHEREFORE, the Royal Caribbean Appellees respectfully request that the Court grant this motion and extend the briefing and appendix deadlines by thirty (30) days, as set forth in paragraph 4 above.

Date: March 27, 2025                    Respectfully submitted,

**GROOM LAW GROUP, CHARTERED**

*/s/ Lars C. Golumbic*
Lars C. Golumbic
William J. Delany
Samuel I. Levin
Larry M. Blocho Jr.
Richard A. Smith, Jr.
1701 Pennsylvania Ave., NW Suite 1200
Washington, DC 20006
Telephone: (202) 861-6615
lgolumbic@groom.com
wdelany@groom.com
slevin@groom.com
lblocho@groom.com
rsmithjr@groom.com

*Attorneys for Defendants-Appellees Royal Caribbean Cruises Ltd. and the Royal Caribbean Cruises Ltd. Investment Committee*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 411 words, excluding the parts exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ *Lars C. Golumbic*
Lars C. Golumbic

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties of record.

/s/ *Lars C. Golumbic*
Lars C. Golumbic